## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Bradley J. Brennan                                          CHAPTER 7
      Dana M. Brennan fka Dana M. Letterle
                  Debtors                         BKY. NO. 18-20532 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.


               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               jwarmbrodt@kmllawgroup.com
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               Phone: (215)-627-1322
               Attorney for Movant/Applicant